# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-3224-GW (AFMx) | Date | July 19, 2016 |
|---|---|---|---|
| Title | *Jeffrey Adair v. Synchrony Bank* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

None Present                                                  None Present

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE SETTLEMENT**

On July 15, 2016, Defendant Synchrony Bank filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for September 26, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on September 23, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer    JG