JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY ADAIR,** | Case No. CV 16-3224-GW(AFMx) |
| Plaintiff, | **ORDER** |
| vs. | |
| **SYNCHRONY BANK,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 6th day of September, 2016.

_____
GEORGE H. WU, U.S. District Judge